IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STATE NATIONAL INSURANCE
COMPANY, INC., PLAINTIFF/COUNTER-DEFENDANT,

VS. CIVIL ACTION NO. 3:03CV104-P-A

CALVIN YATES, DEFENDANT/COUNTER-PLAINTIFF.

### ORDER

This cause comes before the court upon Calvin Yates's Motion to Dismiss [50-1]. Upon due consideration of the motion and the response filed thereto the court finds the following, to-wit:

In the motion at bar Yates asks the court to dismiss this declaratory action using the discretion granted by the Declaratory Judgment Act, 28 U.S.C. § 2201(a). This action is a run-of-the-mill declaratory judgment action filed by an insurance company to determine coverage. As such, the court finds no merit to the instant motion.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Calvin Yates's Motion to Dismiss [50-1] is hereby **DENIED**.

**SO ORDERED** this the 5th day of May, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE